565 U.S. 1053, 132 S. Ct. 811, 181 L. Ed. 2d 521, 2011 U.S. LEXIS 8335.

November 28, 2011. Sara Davis Harman, of Glen Allen, Virginia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

**No. D-2614. In the Matter of Discipline of Richard Mark Creel.**

565 U.S. 1053, 132 S. Ct. 811, 181 L. Ed. 2d 521, 2011 U.S. LEXIS 8436.

November 28, 2011. Richard Mark Creel, of Naples, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Same case below, 53 So. 3d 230.